No. 27. TENNESSEE ELECTRIC POWER CO. ET AL. *v.* TENNESSEE VALLEY AUTHORITY ET AL. Appeal from the District court of the United States for the Eastern District of Tennessee. November 15, 1938. Appeal dismissed as to appellant, West Tennessee Power & Light Company, on motion and stipulation signed by counsel for all appellants and the Government. *Messrs. R. T. Jackson, Charles C. Trabue,* and *Charles M. Seymour* for appellants. *Solicitor General Jackson,* and *Messrs. James Lawrence Fly, John Lord O'Brian, Paul A. Freund,* and *William C. Fitts, Jr.,* and *Bessie Margolin* for appellees.

No. 120. BUCSI *v.* LONGWORTH BUILDING & LOAN ASSN. ET AL. Appeal from the Court of Errors and Appeals of New Jersey. November 17, 1938. Appeal dismissed on motion of counsel for the appellant. *Mr. Saul Nemser* for appellant. *Mr. John Warren* for appellees.

No. 23. STEELMAN, TRUSTEE IN BANKRUPTCY, *v.* ALL CONTINENT CORPORATION ET AL. December 12, 1938. Certiorari, 304 U. S. 554, to the Circuit Court of Appeals for the Third Circuit dismissed with costs on motion of counsel for the petitioner. *Mr. Wm. Elmer Brown, Jr.* for petitioner. *Mr. Clarence L. Cole* for respondents.